JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

GAMBOL INDUSTRIES, INC., a California Corporation,

Plaintiff,

v.

M/Y CHALLENGER, Official No. 968047, AND ALL OF HER ENGINES, TACKLE, ACCESSORIES, EQUIPMENT, FURNISHINGS AND APPURTENANCES, *in rem*; and NEWPORT CAMPUS CHURCH, INC., a California Corporation, *in personam*,

Defendants.

Case No. SACV07-0409 DOC (RNB)

IN ADMIRALTY

ORDER DISMISSING ACTION WITHOUT PREJUDICE

F.R.C.P. Supplemental Admiralty Rules C and E.

46 U.S.C. Sections 30101-31343

**ORDER**

**CONSIDERING** the Stipulation of the Parties to dismiss the instant action without prejudice and to arbitrate their dispute, and good cause appearing therefor,

**IT IS ORDERED** that this action shall be and hereby is dismissed without prejudice Pursuant to Federal Rule of Civil Procedure 41, with the Court retaining jurisdiction to

///

///

///

compel binding arbitration pursuant to the above referenced Stipulation, and with respect to enforcement of any arbitration award or settlement reached prior to arbitration.

**IT IS SO ORDERED**.

Dated: April 10, 2008 By: David O. Carter

Hon. David O. Carter
United States District Court Judge